IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 18-cr-30033 |
| | ) | |
| CLAUDETTE BORDERS, | ) | |
| JESSE STOLDORF, | ) | |
| RANDY M. HAMMOND | ) | |
| and RAYMOND E. TOTH. | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT TOTH'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD

NOW COMES Defendant, Raymond E. Toth, by and through his Attorney, Michael Drake and in support of his Motion To Withdraw as Attorney of Record, states to this Honorable Court as follows:

1. A Pre-Trial in this matter is currently scheduled for Monday, November 26, 2018 at 9:30 a.m. with a Trial date of Tuesday, December 4, 2018 at 9:00 a.m.

2. Counsel for Defendant has accepted new employment which begins January 1, 2019 and requires counsel wind down his current private practice.

3. Counsel submits that efforts at closing his practice will detract from the appropriate time and effort necessary to provide a proper defense to Defendant, Raymond Toth.

WHEREFORE, Defendant, Raymond E. Toth, prays that this Honorable Court allow his Motion To Withdraw as Attorney of Record in the above-captioned cause and for such other and further relief as this Court deems just and equitable.

>Respectfully submitted,
>Raymond E. Toth, Defendant

By: **s/ Michael Drake**
Michael Drake Bar Number: 6199949
Attorney for Defendant
Law Offices of Michael Drake
940 Williams Blvd.
Springfield, IL 62704
Telephone: (217) 971-0726
Fax: (217) 523-2549
E-mail: mdrakelaw@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2018, the foregoing document filed electronically, using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Matthew Weir | matthew.weir@usdoj.gov |
| Christina Woolsey | christina.d.woolsey@usdoj.gov |
| Diana Cowan | diana.cowan@usdoj.gov |
| Cheryl Hull | cheryl.hull@usdoj.gov |
| Gail Noll | gail.noll@usdoj.gov |
| J. Randall Cox | rcox@feldman-wasser.com |
| Abby Sgro | asgro@giffinwinning.com |
| Mark Wykoff | mark@wykofflaw.com |
| Jeff Page | jeffpagelawoffice@yahoo.com |

**s/ Michael Drake**
Michael Drake Bar Number: 6199949
Attorney for Defendant
Law Offices of Michael Drake
940 Williams Blvd.
Springfield, IL 62704
Telephone: (217) 971-0726
Fax: (217) 523-2549
E-mail: mdrakelaw@yahoo.com